IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*(Electronically Filed)*

| | |
|---|---|
| STEPHON M. SANDERS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:24-CV-128 |
| | ) |
| BLUEGRASS SUPPLY CHAIN SERVICES, LLC | ) |
| | ) |
| AND | ) |
| | ) |
| SURGE STAFFING LLC | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

***** ***** *****

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, *et seq.*, Defendants, Bluegrass Supply Chain Services, LLC ("Bluegrass Supply") and Surge Staffing LLC ("Surge") (collectively, "Defendants"), by counsel, hereby file this Notice to remove an action pending against them in Clark County Superior Court, to the United States District Court for the Southern District of Indiana, New Albany Division. In support of this removal, Defendants state as follows:

### I.   Background and Facts

1.   Plaintiff, Stephon M. Sanders ("Plaintiff"), filed this action against Defendants on August 5, 2024, in Clark County Superior Court, said action being designated Cause No. 10D06-2408-PL-000067 (the "State Court Action").  A copy of the Complaint in the State Court Action ("Complaint"), along with Bluegrass Supply's and Surge's Civil Summonses, are attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this

civil action is based, and no other proceedings have occurred in the State Court Action. Bluegrass Supply and Surge received service of the Civil Summons and Complaint on August 30, 2024.

2.    In the State Court Action, Plaintiff seeks damages against Bluegrass Supply and Surge based on allegations that Bluegrass Supply and Surge discrimination against him based on his race. Plaintiff's Complaint alleges causes of action against Defendants for purported violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Indiana Civil Rights Law, Indiana Code §§ 22-9 *et seq.*

## II.    Basis for Removal

### Federal Question Jurisdiction

3.    Plaintiff's Complaint alleges causes of action against Bluegrass Supply and Surge for purported violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e *et seq.*, as well as for purported race discrimination under the Indiana Civil Rights Law

4.    Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's Title VII claims because they arise under federal law. Thus, these claims are removable to this Court under 28 U.S.C. § 1441(a).

5.    Plaintiff's race discrimination claims are removable pursuant to 28 U.S.C. § 1441(c).

### Diversity Jurisdiction

6.    This Court has jurisdiction over the matter of this case pursuant to 28 U.S.C. § 1332(a) because federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

7.    This action is between citizens of different states.

8. Plaintiff alleges in his Complaint that he is a citizen of Floyd County, Indiana. (*See* Pl.'s Compl. ¶ 2).

9. Bluegrass Supply and Surge are limited liability companies ("LLC") and have diverse citizenship outside of Indiana.

10. The citizenship of an LLC is determined by examining the citizenship of all its members as of the date of filing of the Complaint. *See Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006). The citizenship of an individual is determined by the individual's state of domicile, not residence. *See Dausch v. Rykse*, 9 F.3d 1244, 1245 (7th Cir. 1993) ("For natural persons, state citizenship is determined by one's domicile."). "[D]omicile is established by physical presence in a place in connection with a certain state of mind concerning one's intent to remain there." *See Miss. Choctaw Indian Band v. Holyfield*, 490 U.S. 30, 48 (1989).

11. Bluegrass Supply has four members: John Higgins, David Sears, Cindy Lawrence and Drew Goins. Mr. Higgins, Mr. Sears, and Ms. Lawrence are all domiciled in Kentucky and Mr. Goins is domiciled in Tennessee. (*See* Exhibit B.)

12. Surge has a single member – Ryan Mason. Mr. Mason is domiciled in Ohio.

13. Plaintiff's Complaint indicates that he is seeking compensatory damages, including back pay, lost wages, and front pay; punitive damages; emotional distress damages; and attorneys' fees and costs. (See Pl.'s Compl., p. 4, Demand for Relief, ¶¶A-C, E, G). Based on the types of damages Plaintiff seeks, the amount in controversy exceeds the sum of $75,000.

14. Accordingly, complete diversity exists between the Parties. *See* 28 U.S.C. § 1332(c)(1).

## Venue

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of Indiana, New Albany Division, is the federal

judicial district embracing the Superior Court for Clark County, Indiana, which is the court in which the State Court Action was originally filed.

### Timely Filing

16. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within thirty days of August 30, 2024, the date on which Bluegrass Supply and Surge first received service of the Complaint in the State Court Action.

### Procedural Requirements

17. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendants in the State Court Action are collectively attached to this Notice as Exhibit A.

18. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, Defendants filed a Notice of Filing of Notice of Removal with a copy of this Notice of Removal in Clark County Superior Court and has served a copy of this Notice upon counsel for Plaintiff.

19. In filing this Notice, Defendants do not waive any defenses available to them in this action, including any defenses available under Rule 12 of the Federal Rules of Civil Procedure.

20. This Notice of Removal has been verified by Emily N. Litzinger and Erin M. Shaughnessy, counsel for Bluegrass Supply, and Nathan A. Baker and Colleen Schade, counsel for Surge, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendants, Bluegrass Supply and Surge, remove this action from the Clark County Superior Court to the United States District Court for the Southern District of Indiana, New Albany Division.

    */s/ Erin M. Shaughnessy*
    Emily N. Litzinger

FP 52187001.2

        Erin M. Shaughnessy
        FISHER & PHILLIPS LLP
        220 West Main Street, Suite 1700
        Louisville, Kentucky 40202
        Telephone: (502) 561-3990
        Facsimile: (502) 561-3991
        Email: elitzinger@fisherphillips.com
              eshaughnessy@fisherphillips.com

        COUNSEL FOR BLUEGRASS SUPPLY CHAIN SERVICES, LLC

        and

        */s/ Colleen Schade (w/permission)*
        Nathan A. Baker
        Colleen Schade
        Barnes & Thornburg, LLP
        11 S. Meridian Street
        Indianapolis, IN 46204
        Telephone: (317) 236-1313
        Facsimile: (317) 231-7433
        Email: nathan.baker@btlaw.com
        Email: colleen.schade@btlaw.com

        COUNSEL FOR SURGE STAFFING, LLC

FP 52187001.2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of September 2024, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system. I further certify that on the same date a true and correct copy of the foregoing was served by electronic mail upon the following counsel of record:

    W. Edward Skees
    THE SKEES LAW OFFICE
    415 W. First Street
    New Albany, IN 47150
    Telephone: (812) 944-9990
    Facsimile: (812) 944-8033
    Email: ed@skeeslaw.com

    COUNSEL FOR PLAINTIFF

                                                  */s/ Erin M. Shaughnessy*
                                                  COUNSEL FOR BLUEGRASS SUPPLY CHAIN
                                                  SERVICES, LLC